**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 1:25-CR-10-RDB** |
| | : | |
| **Jose Lopez-Guevara** | : | |
| | : | |
| **Defendant** | : | |

**<u>MOTION TO SEAL</u>**

Counsel for Jose Lopez-Guevara respectfully requests the Court to seal Exhibit A appended to the Defendant's Reply to Government's Response (ECF No. 95) on Daubert Motion to Exclude Exemplars and Testimony of Hand Image Comparison, Identification Testimony of Dr. Michelle Chudow, and Gregory Squire's Proposed Expert Witness Testimony. The exhibit contains information that was provided in discovery and is the subject of a protective order. *See* ECF No. 15 (Protective Order).

<br>

Respectfully submitted,
James Wyda
Federal Public Defender
for the District of Maryland


\_\_\_/s/_____
Gabriel Reyes
Francisco A. Carriedo (#816158)
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: Gabriel_Reyes@fd.org
Francisco_Carriedo@fd.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, a copy of the foregoing was served via CM/ECF to the Government.

_____/s/_____
Gabriel Reyes