**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 1:25-CR-10-RDB** |
| | : | |
| **Jose Lopez-Guevara** | : | |
| | : | |
| **Defendant** | : | |

## Motion to Seal

Counsel for Jose Lopez-Guevara respectfully requests the Court to seal the unredacted copy of Mr. Lopez-Guevara's sentencing letter and attached exhibits. ECF No. 179.

Respectfully submitted,
James Wyda
Federal Public Defender
for the District of Maryland

___/s/________________
Francisco A. Carriedo (#816158)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: Francisco_Carriedo@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, a copy of the foregoing was served via CM/ECF to the Government.

_______/s/________
Francisco A. Carriedo