**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. RDB-25-010** |
| **JOSE ADAN LOPEZ-GUEVARA,** | |
| **Defendant.** | |

**MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM & EXHIBITS**

The United States of America, pursuant to 18 U.S.C. § 3509(d)(2) (Child Victims' and Child Witnesses' Rights), moves this Honorable Court to order and direct that the Government's Sentencing Memorandum should be **SEALED**.

The Government's Sentencing Memorandum contains information that could identify minor victims. Therefore, the government respectfully requests that the Government's Sentencing Memorandum be sealed.

The government will prepare a redacted version of the Sentencing Memorandum, in which the potentially identifying information will be redacted. The government respectfully requests that the Government be permitted to file the Redacted Sentencing Memorandum in the public record, and that the unredacted Sentencing Memorandum remain under seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ______________________
Paul E. Budlow
Assistant United States Attorney